**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-7146**

ALEXANDER JIGGETTS,

       Plaintiff - Appellant,

    v.

BALTIMORE CITY POLICE DEPARTMENT; LIEUTENANT MICHAEL FRIES, Individual and Official Capacity; DETECTIVE MASTERS, Individual and Official Capacity; SERGEANT RONALD BEVERLY, Individual and Official Capacity,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:17-cv-01593-JFM)

Submitted: December 7, 2017               Decided: December 15, 2017

Before KING, SHEDD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander Jiggetts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jiggetts appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jiggetts v. Balt. City Police Dep't*, No. 1:17-cv-01593-JFM (D. Md. June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*